AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**E-FILING**

| NORTHERN | DISTRICT OF | CALIFORNIA |

FILED
AUG 0 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER OF THE COURT

UNITED STATES OF AMERICA

V.

Ricardo Israel MONTOYA DE ANDA
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

**08-70511 PVT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __July 09, 2008__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
(Official Title)
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

DOCUMENT NO.  CSA's INITIALS

Sworn to before me and subscribed in my presence,

__August 5, 2008__ at __San Jose, California__
Date                                                   City and State
DISTRICT COURT CRIMINAL CASE PROCESSING

Patricia V. Trumbull
United States Magistrate Judge
Name & Title of Judicial Officer

Patricia V. Trumbull
Signature of Judicial Officer

RE:   MONTOTYA DE ANDA, Ricardo Israel A75 536 505

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)   Mr. MONTOYA DE ANDA is a 26-year-old male who has used seven (7) aliases and one (1) date of birth in the past.

(2)   Mr. MONTOYA DE ANDA has been assigned one (1) Alien Registration number of A75 536 505, FBI number of 67737TB7, California Criminal Information Index number of A22839292, and a California Department of Correction number T96675.

(3)   Mr. MONTOYA DE ANDA is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on two (2) occasion from the United States:

| DATE | PLACE OF DEPORTATION |
|---|---|
| April 5, 2004 | Nogales, AZ |
| February 17, 2005 | San Ysidro, CA |

(4)   Mr. MONTOYA DE ANDA last entered the United States at or near unknown location in Arizona on or after February 17, 2005, by crossing the international border without inspection subsequent to deportation.

(5)   Mr. MONTOYA DE ANDA on a date unknown, but no later than July 9, 2008, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326.

(6)   Mr. MONTOYA DE ANDA was, on June 18, 2001, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of INFLICT CORPORAL INJURY TO SPOUSE OR COHABITANT (case# CC113122), an aggravated felony, in violation of Section 273.5(a) of the California Penal Code, and was sentenced to two (2) years in prison.

(7)   Mr. MONTOYA DE ANDA was, on June 18, 2001, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of UNLAWFUL SEXUAL INTERCOURSE WITH A MINOR MORE THAN 3 YEARS YOUNGER, an aggravated felony, in violation of Section 261.5(c) of the California Penal Code, and was sentenced to sixteen (16) months in prison.

RE:   MONTOYA DE ANDA, Ricardo Israel A75 536 505

(8)   Mr. MONTOYA DE ANDA was, on June 24, 2005, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of USE/UNDER THE INFLUENCE OF CONTROLLED SUBSTANCE, a felony, in violation of Section 11550(a) of the California Health and Safety Code, and was sentenced to twelve (12) months in jail.

(9)   On the basis of the above information, there is probable cause to believe that Mr. MONTOYA DE ANDA illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this __5__ day of __August__, 2008

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE